UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AHLAM KHALID NAFISEE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al*.,<br><br>Defendants. | Case No. 25-12760<br>Honorable Brandy R. McMillion<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER ABOUT RESOLVING ALLEGED DISCREPANCIES IN PRODUCTION UNDER THE FREEDOM OF INFORMATION ACT**

Pro se Plaintiff Ahlam Khalid Nafisee sues the Department of Justice and the Federal Bureau of Investigation for several alleged violations of the Freedom of Information Act (FOIA). ECF No. 1. The Honorable Brandy R. McMillion referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 13. Defendants have produced the requested documents and a Vaughn index, but Nafisee indicates that the production includes “specific factual discrepancies” that she cannot “reconcile from the existing record.” ECF No. 24, PageID.268. The Court held a status conference on August 31, 2026, to discuss the next steps in the case with the parties. ECF No. 20.

As discussed during the conference, by **October 30, 2026**, Nafisee must serve defendants with a written list of the alleged discrepancies with specific citations to the documents to which she refers. Defendants must serve Nafisee with a response to her list of discrepancies by **December 7, 2026**, to either resolve, clarify, or defend the information set forth in the FOIA production that she identifies as including discrepancies. The Court will hold another status conference on **December 9, 2026, at 11:00 a.m**. to discuss next steps for resolving any remaining disagreements.

**IT IS SO ORDERED**.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: August 31, 2026

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

**CERTIFICATE OF SERVICE**

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 31, 2026.

s/Caitlin Shrum
CAITLIN SHRUM
Case Manager